UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MARK MAIN, individually and on behalf of all others similarly situated,**

    *Plaintiff*,

v.

Case No. SA-22-CV-0412-JKP-ESC

**CAPITAL ONE BANK (USA), N.A.; MOSS LAW FIRM, P.C.; MICHAEL A. MOSS; and MERCHANTS BONDING COMPANY (MUTUAL),**

    *Defendants*.

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. Plaintiff Mark Main and Defendant Capital One Bank (USA), N.A. ("Capital") previously filed a Stipulation of Dismissal with Prejudice (ECF No. 30) as to Defendant Capital. For the reasons stated in an Order Granting Motion to Dismiss issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice against the other defendants under Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted. Plaintiff takes nothing from his claims against any defendant, except to the extent he reached a prior agreement with Capital.

**SIGNED this 3rd day of April 2023.**

JASON PULLIAM
UNITED STATES DISTRICT JUDGE